NO. 12-05-00174-CR
 
IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS


ALDOE LEE FOSTER,                                     §     APPEAL FROM THE 114TH
APPELLANT

V.                                                                         §     JUDICIAL DISTRICT COURT OF

THE STATE OF TEXAS,
APPELLEE                                                        §     SMITH COUNTY, TEXAS





MEMORANDUM OPINION
PER CURIAM
            Appellant was convicted of theft of livestock. Punishment was assessed at confinement for
two years and a five thousand dollar fine. We received the trial court’s certification showing that
Appellant waived his right to appeal. See Tex. R. App. P. 25.2(c)(3)(B). Accordingly, the appeal
is dismissed for want of jurisdiction.
Opinion delivered May 25, 2005.
Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.









(DO NOT PUBLISH)